# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JAWUAN WILSON | CIVIL DOCKET NO. 3:22-CV-01986 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| CHRIS STINSON | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for Report and Recommendation. For the reasons contained in the REPORT AND RECOMMENDATION previously filed herein [Doc. 11], noting the absence of objections thereto, the Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusion therein as its own. Accordingly,

IT IS ORDERED that Plaintiff, Jawuan Wilson's COMPLAINT [Doc. 1] is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 27th day of October 2022.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE